## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, FLORENCE S

2010 JAN 22 P 2: 29

Billy McDowell ) C/A No. _____
_____,
Plaintiff, )
)
vs. )
) *Pro Se* Party's Answers to
Nucor Building Systems Group ) Rule 26.01 Interrogatories
)
John Hutto )
)
_____, )
, Defendant(s) )
)
Nucor Building Systems Group

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Unknown   N/A   or Do  not know  at this time to the best of

my knowledge.    (do not understand this question?

(B) As to each claim, state whether it should be tried jury or non jury and why.

tried by jury  because want be tried by the people of

South Carolina. and jury have no interest in case

(do not understand this question?

(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Unknown, do not know or do not understand this

question?  to the best of my knowledge

All answer to the best of my knowledge:

(D) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
  (1) a short caption and the full case number of the related action;
  (2) an explanation of how the matters are related; and
  (3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

*Note:* Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

Unknown (N/A) or do not know at this time to the best of my knowledge. or do not understand this question?

(E) [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party(ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

Unknown (N/A) or do not know at this time to the best of my knowledge, or do not understand this question?

(F) [*Pro Se* **Defendants** only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

Unknown (N/A) or do not know at this time to the best of my knowledge, or do not understand this question?

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __22__ *day of* __January__, 20 __10__.

_____
Signature of Party Responding
All answer to the best of my knowledge: